UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Phillip Delgrosso,

        Petitioner,

v.

Jonathan Hemingway,

        Respondent.

_____/

Case No. 22-10158

Judith E. Levy
United States District Judge

**OPINION AND ORDER SUMMARILY DISMISSING THE HABEAS PETITION [1], DENYING THE DEMANDS FOR DISMISSAL [5] AND FOR SUMMARY JUDGMENT [7], DENYING AS MOOT THE MOTION FOR A STATUS UPDATE [8], DENYING THE PETITION TO VACATE [11] AND THE REQUEST FOR A CHANGE OF VENUE [13], DENYING WITHOUT PREJUDICE THE MOTION TO SHOW CAUSE [15] AND MOTION FOR ORDER TO SHOW CAUSE [17], DENYING AS MOOT PETITIONS [18, 19], AND DENYING WITHOUT PREJUDICE MOTION TO DISMISS [27]**

Petitioner Philip Delgrosso is a federal inmate currently incarcerated at the Federal Correctional Institution in Milan, Michigan ("FCI-Milan"). In January 2022, Petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to the All Writs Act, 28 U.S.C. § 1651, and the "savings clause" of 28 U.S.C. § 2255. (*See* ECF No. 1, PageID.21.) The habeas petition and several subsequent documents address